IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN

UNITED STATES OF AMERICA )
)
v                                              )            CR. NO. 3:05cr198-A
)                        WO
DEXTER WAYNE SNIPES               )

### ORDER ON MOTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on November 15, 2005. I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that defendant is charged in the instant indictment with possessing four rifles, one shotgun and a pistol despite his prior felony convictions. After his indictment on these charges, police attempting to serve a search warrant at defendant's residence to locate stolen property found defendant with additional weapons (as well as a quantity of crack cocaine and cash): two loaded .380 caliber handguns on his person, an SK-47 in the trunk of the car in which he was found, and two additional weapons in the residence. Defendant also had gun-related arrests in 1989, 1994, 1995, and 1996. His probation on previous charges has been revoked twice for new offenses. He has multiple pending charges in addition to those now before the court. He has a history of arrests for violent behavior and drug and alcohol use, including a manslaughter charge. Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will reasonably protect the community and

that the defendant should be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 16th day of November, 2005.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE