IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                                  )
v.                        )   CR. NO. 3:05cr198-A
                                  )       WO
DEXTER WAYNE SNIPES      )

## AMENDED ORDER

Defendant's motion to continue pretrial conference was granted (Doc. # 24)
December 14, 2005.  Accordingly and for good cause, it is

ORDERED that the motions deadline shall not be continued from the previous
deadline set in the arraignment order (Doc. # 19) entered November 28, 2005.

DONE, this 16th day of December, 2005.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE